[No. 5981-1. Division One. January 29, 1979.]

NORTHERN RADIO COMPANY, *Appellant,* v. RICHARD STEPHENS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 803356, Stanley C. Soderland, J., entered September 8, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Williams and Ringold, JJ.

[No. 6015-1. Division One. January 29, 1979.]

SAFECO INSURANCE COMPANY OF AMERICA, *Appellant,* v. TRANSAMERICA INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 810393, Charles R. Denney, J. Pro Tem., entered September 19, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Dore, J.

[No. 6018-1. Division One. January 29, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ELSWORTH JOSHUA BROWN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81781, Norman W. Quinn, J., entered October 4, 1977. *Affirmed in part* and *reversed in part* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and James, J.